UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TRUST FOR THE CERTIFICATE HOLDERS OF :
THE MERRILL LYNCH MORTGAGE :
INVESTORS, INC. MORTGAGE PASS- : Case No. 04 Civ. 9890 (SAS)
THROUGH CERTIFICATES SERIES 1999-C1, : ECF Case
by and through ORIX Capital Markets, LLC, as :
Master Servicer and Special Servicer, :
:
           Plaintiff, :
:
v. :
:
LOVE FUNDING CORPORATION, :
:
           Defendant. :
------------------------------------------------------------ X

## NOTICE OF CROSS APPEAL

PLEASE TAKE NOTICE that Defendant Love Funding Corporation hereby cross-appeals to the United States Court of Appeals for the Second Circuit from the judgment entered by this Court on February 27, 2007, insofar as it embodies or has merged into it the Court's October 7, 2005 Order and Opinion granting Plaintiff's Motion for Summary Judgment and denying Defendant's Cross-Motion for Summary Judgment and all rulings and orders embodied within that Order and Opinion, including but not limited to the ruling that Defendant's obligation to perform under Article V of Mortgage Loan Purchase Agreement was not excused fully by its assignor's material breach of contract and other actions.

Respectfully submitted,

**BRYAN CAVE LLP**

By: _/s/ Alec W. Farr_

Alec W. Farr (AF-5039) (pro hac vice)
Michael G. Biggers (MB 4743)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000 (phone)
(212) 541-4630 (fax)

Dated: New York, New York
March 29, 2007

Counsel for Defendant
Love Funding Corporation